UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20569-MIDDLEBROOKS/GARBER

UNITED STATES OF AMERICA

v.

CLAUDIO DE OLIVEIRA GOMES DA SILVA,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court *sua sponte*. The Court has received the Report of Humberto Rolando Dominguez in compliance with this Court's Order of November 7, 2o013 [DE 21].

The Court commends Mr. Dominguez for his excellent presentation and finds it to be done in a highly professional manner and completely covers the areas that the Court required.

Again, it is hereby

ORDERED that the Rule to Show Cause previously entered by the Court is hereby DISCHARGED and VACATED.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of November 2013.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE